UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV-24-3844-CBM-(MRWx) |
| Date | August 15, 2024 |
| Title | *John Uce v. Oral Aesthetic Advocacy Grp. Inc. et al.* |

Present: The Honorable **CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER TO SHOW CAUSE RE RICO CLAIMS AGAINST DEFENDANT ORAL AESTHETIC ADVOCACY GROUP, INC.**

Pending before the Court are Defendants Navid Zamani DMD, Inc. dba Dent-All by Dr. Z.'s and Michael Homayun Dental Corporation d/b/a Comfort Dental Center's motions to dismiss the Complaint. (Dkt. Nos. 9, 23.)

Plaintiff is ORDERED TO SHOW CAUSE **no later than August 26, 2024** why the RICO claims against Defendant Oral Aesthetic Advocacy Group, Inc. should not be dismissed without further leave to amend pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 9(b).

**IT IS SO ORDERED.**